UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Thadius B. Nye

    v.             Case No. 13-cv-243-SM

New Hampshire State Prison, et al.


O R D E R

After due consideration of the objection filed (document no. 22), I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated August 8, 2013, for the reasons set forth therein.  The plaintiff's complaint (doc. no. 1) is hereby dismissed. The pending motions to amend the complaint (doc. nos. 7 and 11), and Plaintiff's motions for alternative dispute resolution (doc. nos. 5 and 8), and for discovery (doc. nos. 6 and 9) are all denied.  All other pending motions (doc. nos. 15, 16, 17, 18, 20 and 21) are hereby denied as moot.

The Clerk of Court shall enter judgment in accordance with this order and close the case.

SO ORDERED.

                                        Steven J. McAuliffe
                                        United States District Judge

Date: November 12, 2013

cc:  Thadius B. Nye, pro se